UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 01-2290 PAM/JGL

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401(k) FUND, ELECTRICAL WORKERS NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

SIGN MAINTENANCE LIGHTING AND ELECTRICAL, INC.,

Defendant.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P.41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: 10/29/02

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Pamela Hodges Nissen
Att'y Reg. No. 259810
Kathleen M. Brennan
Att'y Reg. No. 256870
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

*Attorneys For Plaintiffs*

OCT 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: October 31, 2002

The Honorable Paul Magnuson
Judge of District Court